NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CISCO SYSTEMS, INC.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**v.**

**TELES AG INFORMATIONSTECHNOLOGIEN,**
*Cross Appellant.*

---

2012-1513, -1514
(Reexamination No. 95/001,001)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

-------------------------------------------------------------------------

**IN RE TELES AG INFORMATIONSTECHNOLOGIEN AND SIGRAM SCHINDLER BETEILIGUNGSGESELLSCHAFT MBH**

CISCO SYSTEMS, INC. v. KAPPOS                              2

———————————————

2012-1297
(Reexamination No. 90/010,017)

———————————————

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Cisco Systems, Inc. moves without opposition to treat
appeal no. 2012-1513, -1514 and appeal no. 2012-1297 as
companion cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.   The above-captioned cases
will be treated as companion cases and will be assigned to
the same merits panel.

                              FOR THE COURT

                               /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s25